IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL AXELSON #510934,

          Plaintiff,                                    No. 2:09-CV-12514

-vs-                                        Hon. Patrick J. Duggan
                                        Magistrate Michael Hluchaniuk

MICHIGAN DEPARTMENT OF CORRECTIONS, A
public corporation, Department of the Michigan State
Government and CORRECTIONAL MEDICAL
SERVICES, INC., a Michigan corporation, DR. MIAN
Z. QAYYUM, DR. KHAWAJA IKRAM, NURSE GREG
C. SOTTEK, R.N., and NURSE DALE KINNER,
jointly and severally,

          Defendants.

_____/

| | |
|---|---|
| LAWRENCE J. SCHLOSS (P 22972)<br>Attorneys for Plaintiff<br>50 Crocker Blvd., Suite 100<br>Mt. Clemens, MI 48043<br>(586)463-9911 | BRIAN J. RICHTARCIK (P 49390)<br>RANDALL A. JUIP (P 58538)<br>Attorneys for Defendant CMS<br>645 Griswold, Suite 3850<br>Detroit, MI 48226<br>(313)589-5900 |
| THOMAS E. KEENAN (P 25668)<br>Attorney for Greg C. Sottek, R.N., only<br>4057 Pioneer Drive, Suite 300<br>Commerce Township, MI 48390-1363<br>(248)363-6400 | A. PETER GOVORCHIN (P 31161)<br>Attorney for MDOC and Kinner<br>Mich. Dept. of Attorney General<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517)335-7021 |
| EDWARD C. CUTLIP, JR. (P 35836)<br>Attorney for Defendant Ikram<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI 48226<br>(313)961-0200 | |

_____/

**ORDER PERMITTING SUBSTITUTION OF ATTORNEYS
FOR DEFENDANT GREG C. SOTTEK, R.N., ONLY**

In accordance with the foregoing Substitution of Attorneys and Consent (docket No. 28);

IT IS HEREBY ORDERED that THOMAS E. KEENAN of PEDERSEN, KEENAN, KING, WACHSBERG & ANDRZEJAK, P.C. may be and hereby is substituted as counsel representing Defendant, GREG C. SOTTEK, R.N., only, in the above cause.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  September 28, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2009, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager