UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL AXELSON,

       Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, CORRECTIONAL
MEDICAL SERVICES, INC., MIAN Z.
QAYYUM, GREG C. SOTTEK, DALE
KINNER, and KHAWAJA N. IKRAM,

       Defendants.
                                    /

Case No. 09-12514

Honorable Patrick J. Duggan

## **JUDGMENT**

On June 25, 2009, former Michigan prisoner Michael Axelson ("Plaintiff") filed this action against Defendants alleging a violation of 42 U.S.C. § 1983 and gross negligence in violation of Michigan law. Plaintiff alleges that Defendants were deliberately indifferent to his medical needs in violation of his Eighth Amendment rights when he broke his thumb during his incarceration in May 2008. In an opinion and order issued April 9, 2010, this Court granted Defendant Khawaja N. Ikram's motion for summary judgment. In an opinion and order issued on this date, the Court granted the remaining defendants' motions to dismiss and/or for summary judgment.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Judgment is entered in

favor of Defendants and against Plaintiff and Plaintiff's complaint is **DISMISSED**

**WITH PREJUDICE**.

DATE: November 1, 2010   s/PATRICK J. DUGGAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to:

Lawrence J. Schloss, Esq.
A. Peter Govorchin, Esq.
Brian J. Richtarcik, Esq.
Randall A. Juip, Esq.
Thomas E. Keenan, Esq.
Davidde A. Stella, Esq.
Edward C. Cutlip, Jr., Esq.